# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

_____

JEFFREY D. WINNINGHAM,
     Plaintiff

ORDER FOR PRO HAC VICE ADMISSION

v.

FRANK BISIGNANO,
 Commissioner of Social Security,
       Defendant

Case Number: 4:26-cv-57-RSB-CLR

_____

      It appears to the Court that Petitioner meets the pro hac vice admission requirements of Southern District of Georgia LR 83.4(b)(1) and LR 83.4 (b)(2), the motion for the admission pro hac vice of Attorney Dana W. Duncan in the United States District Court, Southern District of Georgia in the subject case is GRANTED.

Dated: this 11th day of March, 2026.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia